**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SHARON WILSON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 9886 |
| ) | |
| **RECEIVABLES PERFORMANCE** ) | |
| **MANAGEMENT, LLC**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiff Sharon Wilson ("Wilson") and defendant Receivables Performance

Management, LLC ("RPM") have filed cross-motions for summary judgment and have submitted

memoranda in support of those motions. Those submissions, however, have failed to meet

head-on as to a key element of RPM's defense: whether RPM's alleged violations of the Fair

Debt Collection Practices Act were unintentional. That being so, both parties are ordered to

submit brief supplemental memoranda on that issue by April 20, 2016.

Additionally, RPM has filed a Motion to Strike Declaration of Sharon Wilson (Dkt.

No. 60) on the ground that (1) Wilson's declaration cannot be squared with her deposition

testimony concerning when she retained counsel with respect to her AT&T debt and (2) Wilson's

declaration also contradicts her deposition testimony concerning whether that debt resulted from

a business or personal account. Although RPM has failed to notice that motion up for

presentment, Wilson is ordered to respond to those charges by the same date on which the parties

will submit their supplemental briefs -- April 20, 2016.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 6, 2016